UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SNEED,<br><br>    Petitioner,<br><br>  v.<br><br>A. P. KANE, warden,<br><br>    Respondent.<br>_____ / | No. C 05-4109 SI (pr)<br><br>**ORDER DENYING PAUPER APPLICATION** |

    Petitioner's motion to proceed <u>in forma pauperis</u> on appeal is DENIED for failure to provide the information required by Federal Rule of Appellate Procedure 24(a)(1)(B) & (C). (Docket # 18.) This denial is without prejudice to him filing a request in the Ninth Circuit Court of Appeals to proceed <u>in forma pauperis</u> on appeal. <u>See</u> Fed. R. App. P. 24(a)(5).

    IT IS SO ORDERED.

DATED: May 2, 2007

                                                                         _____<br>
                                                                         SUSAN ILLSTON<br>
                                                                     United States District Judge