1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8    ANTHONY SNEED,                          No. C 05-4109 SI (pr)

9              Petitioner,                   **JUDGMENT**

10         v.

11   A. P. KANE,  warden,

12             Respondent.
                                       /
13   ————————————————————————————

14        The petition for writ of habeas corpus is dismissed.

15

16        IT IS SO ORDERED AND ADJUDGED.

17

18   DATED: June 24, 2015                    _____
                                             SUSAN ILLSTON
19                                           United States District Judge

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California